Andrew Pastwick, Esq.
Arizona Bar No. 024503
Jeremy T. Bergstrom, Esq.
Arizona Bar No. 19399
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV 89052
(702) 369-5960 / FAX (702) 369-4955
File No. 12-90583

Attorneys for Movant,
BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 |
| JONATHAN B. WOODS, | Case No.: 2:12-bk-13564-SSC |
| Debtor. | |
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP, | **Property Address**<br>3930 E. Cody Ave.<br>Gilbert, AZ 85234 |
| Movant, | |
| vs. | |
| JONATHAN B. WOODS, Debtor; RUSSELL A. BROWN, Trustee, | |
| Respondents. | |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP, its assignees and/or successor in interest ("Secured Creditor" herein), moves this Court for an Order terminating the Automatic Stay so that Secured Creditor (and its Trustee) may commence and continue State

1

Court eviction proceedings regarding the property generally described as **3930 E. Cody Ave., Gilbert, AZ 85234** ("Property" herein).

<u>**MEMORANDUM OF POINTS AND AUTHORITIES**</u>

<u>**STATEMENT OF FACTS**</u>

I

On or about June 18, 2012, Debtor commenced the current Chapter 7 Bankruptcy proceeding in this Court.

On or about February 16, 2010, prior to the Debtor filing for bankruptcy protection, the Subject Property was sold at auction. This sale transferred title of the property to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP. See copy of Trustee's Deed Upon Sale, attached hereto and incorporated herein as Exhibit "A."

On or about July 1, 2011, BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP merged with and into BANK OF AMERICA, N.A. See copy of the Certificate of Merger, attached hereto and incorporated herein as Exhibit "B."

Based upon information and belief, the Debtor continues to reside in the Subject Property. As such, the Debtor appears to have a possessory interest in the Subject Property.

<u>**ARGUMENT**</u>

The Trustee's Sale of the property occurred prior to the Debtor's bankruptcy filing and, therefore, at the time, no stay was in place. As a result of the Trustee's Sale, the Subject Property is no longer property of the Debtor or of the Estate. However, since the Debtor continues to reside in the Subject Property, Secured Creditor seeks stay relief to exercise its state court remedies, which may include unlawful detainer proceedings, to obtain possession of the Property it now owns.

2

Case 2:12-bk-13564-PS    Doc 21    Filed 07/17/12    Entered 07/17/12 10:42:54    Desc
Main Document    Page 2 of 11

## CONCLUSION

WHEREFORE, Secured Creditor prays judgment as follows:

(1) For an Order granting relief from Automatic Stay, permitting Secured Creditor to exercise its State Court remedies including eviction proceedings.

(2) For an Order waiving the 14-day stay provided by Bankruptcy Rule 4001(a)(3).

(3) For an Order binding and effective despite any conversion of this bankruptcy case.

(4) For such other relief as this Court deems appropriate.

MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated: July 17, 2012      By: /s/ Andrew Pastwick
Andrew Pastwick, Esq.
Attorney for Secured Creditor

(12-90583/nvmisc.dot/mlb)

Andrew Pastwick, Esq.
Arizona Bar No. 024503
Jeremy T. Bergstrom, Esq.
Arizona Bar No. 19399
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV 89052
(702) 369-5960 / FAX (702) 369-4955
File No. 12-90583

Attorneys for Movant,
BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 13 |
|---|---|
| JONATHAN B. WOODS, | Case No.: 2:12-bk-13564-SSC |
| Debtor. | |
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP, | **Property Address**<br>3930 E. Cody Ave.<br>Gilbert, AZ 85234 |
| Movant, | **FORM OF ORDER** |
| vs. | |
| JONATHAN B. WOODS, Debtor; RUSSELL A. BROWN, Trustee, | |
| Respondents. | |

**ORDER TERMINATING THE AUTOMATIC STAY**

The Motion for Relief having been properly served, with no opposition filed herein, this Court makes its Order as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy case is extinguished for all purposes as to Movant, BANK OF

1

AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP, its assignees and/or successors in interest with respect to the subject Property generally described as 3930 E. Cody Ave., Gilbert, AZ 85234 ("Property" herein).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the fourteen (14) day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order shall be binding in any conversion of the subject bankruptcy proceeding.

IT IS SO ORDERED this _____ day of _____, 2012.

_____
UNITED STATES BANKRUPTCY JUDGE

Submitted by:

MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated: _____  By: _____
Andrew Pastwick, Esq.
Attorney for Secured Creditor

12-90583/azord.dot/mlb

2

# EXHIBIT A

RECORDING REQUESTED BY:
First American Title
BAC Home Loans Servicing, LP
2380 Performance Dr, TX2-985-07-03
Richardson, TX 75082
WHEN RECORDED MAIL TO:
BAC Home Loans Servicing, LP
2380 Performance Dr, TX2-985-07-03
Richardson, TX 75082
TS No.
Title Order No.
APN No.

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
02/22/2010 12:39
ELECTRONIC RECORDING

mcdevittr

# TRUSTEE'S DEED UPON SALE ARIZONA

The undersigned grantor declares:
The amount of the unpaid debt together with costs was $258,224.27.
The amount paid by the grantee at the trustee's sale was $258,204.27.
The documentary transfer tax is $_____ The Grantee was/was not the foreclosing beneficiary.

RECONTRUST COMPANY, N.A., as the duly appointed Trustee (or successor Trustee or substituted Trustee), under a Deed of Trust referred to below, and herein called Trustee, does hereby grant without covenant or warranty to:

BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP

the real property, situated in the County of Maricopa, State of Arizona describe as follows:

SEE ATTACHED LEGAL DESCRIPTION

This conveyance is made pursuant to the power of sale, conferred upon SUCCESSOR TRUSTEE by the Deed of Trust, dated 07/31/2008 made by JONATHAN B. WOODS AND KERRIE WOODS AKA KERRIE B. WOODS HUSBAND AND WIFE, AS COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP, as TRUSTOR(S), FIRST AMERICAN TITLE INS. CO. A CA CORP., as TRUSTEE, in which MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., is named as BENEFICIARY and recorded on 08/05/2008, as Instrument Number 20080681375, Book N/A, Page N/A, in the office of the county recorder of Maricopa, and after fulfillment by the SUCCESSOR TRUSTEE of the conditions specified in said Deed of Trust, and in compliance with the laws of the State of Arizona. Trustee or Successor Trustee having complied with all applicable statutory provisions and having performed all of the required duties under said Deed of Trust including posting, publishing, recordation of all necessary documents.
Said property was sold by the SUCCESSOR TRUSTEE at public auction on 02/16/2010, in the County of Maricopa in which said property is situated. Grantee, being the highest bidder at such sale, became the purchaser of said property and made payment therefore to said SUCCESSOR TRUSTEE of the amount bid, namely $258,204.27.

*Form aztd (08/06)*

DATED: February 17, 2010

RECONTRUST COMPANY, N.A.
Successor Trustee

EXEMPT UNDER ARS 11-1134-B-1

By: _____Kathy Newland_____
KATHY NEWLAND, ~~Team Member~~
Assistant Secretary

State of: __Texas__ )
County of: __Tarrant__ )

On __2/17/2010__ before me __Karin morris__, personally appeared __KATHY NEWLAND, Asst. Sec.__, know to me (or proved to me on the oath of _____ or through _____ ) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

WITNESS MY HAND AND OFFICIAL SEAL.

__Kan Mo__
Notary Public's Signature

KARIN ANNE MORRIS
Notary Public, State of Texas
My Commission Expires
January 14, 2014

*Form aztd (08/06)*



LOAN TYPE: FHA

# "EXHIBIT A"
## LEGAL DESCRIPTION

LOT 432, OF CAROL RAE RANCH, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 395 OF MAPS, PAGE 24 AND AFFIDAVITS OF CORRECTION RECORDED AS 95-345898, AS 96-0353476 AND AS 96-0740382, ALL OF OFFICIAL RECORDS.

*Form legaldesc (07/01)*

# EXHIBIT B

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Hope Andrade
Secretary of State

# Office of the Secretary of State

## CERTIFICATE OF MERGER

The undersigned, as Secretary of State of Texas, hereby certifies that a filing instrument merging

BAC Home Loans Servicing, LP
Domestic Limited Partnership (LP)
[File Number: ▮▮▮▮]

Into

Bank of America, National Association
Other Entity/Organization
USA
[Entity not of Record, Filing Number Not Available]

has been received in this office and has been found to conform to law.

Accordingly, the undersigned, as Secretary of State, and by the virtue of the authority vested in the secretary by law, hereby issues this certificate evidencing the acceptance and filing of the merger on the date shown below.

Dated: 06/28/2011

Effective: 07/01/2011

*signature*

Hope Andrade
Secretary of State

Phone: (512) 463-5555
Prepared by: Jean Marchione

*Come visit us on the internet at http://www.sos.state.tx.us/*
Fax: (512) 463-5709

Dial: 7-1-1 for Relay Services

Case 2:12-bk-13564-PS    Doc 21    Filed 07/17/12    Entered 07/17/12 10:42:54    Desc
Main Document    Page 11 of 11