Jeremy Bergstrom, Esq.
Arizona Bar No. 019399
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV 89052
(702) 369-5960 / FAX (702) 369-4955
File No. 12-90583

Attorneys for Movant,
BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>JONATHAN B. WOODS,<br><br>Debtor. | Chapter 13<br><br>Case No.: 2:12-bk-13564-SSC |
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP,<br><br>Movant,<br><br>vs.<br><br>JONATHAN B. WOODS, Debtor; RUSSELL A. BROWN, Trustee,<br><br>Respondents. | **Property Address**<br>3930 E. Cody Ave.<br>Gilbert, AZ 85234 |

## WITHDRAWAL OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

TO:   PRO SE DEBTOR:   Jonathan B. Woods
        TRUSTEE:   Russell A. Brown
        ALL PARTIES OF INTEREST

NOTICE IS HEREBY GIVEN that BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS

1

1 | SERVICING LP hereby withdraws its previously filed Motion for Relief from the Automatic
2 | Stay.
3 | RESPECTFULLY SUBMITTED on  11/12/14

4 | MILES, BAUER, BERGSTROM & WINTERS, LLP
5 | Dated: 11/12/14   By: _____
     Jeremy Bergstrom, Esq.
6 | Attorney for Movant

7 | 12-90583/aznom.dot/mlb

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on __November 12, 2014__, a copy of Movant's WITHDRAWAL OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY was served by depositing a copy of same in the United States Mail, in a postage prepaid envelope, addressed to:

<u>PRO SE DEBTOR</u>:
Jonathan B. Woods
3930 E. Cody Ave.
Gilbert, AZ 85234

<u>CHAPTER 13 TRUSTEE</u>:
Russell A. Brown
3838 N. Central Ave. Ste. 800
Phoenix, AZ 85012

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

*[signature]*
An Employee of Miles, Bauer, Bergstrom & Winters, LLP

12-90583/aznom.dot/mlb