*/s/ Russell Brown*
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona 85012-1965
602.277.8996
Fax 602-253-8346
*mail@ch13bk.com*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re | Chapter 13 |
| JONATHAN B WOODS, | Case No. 2-12-bk-13564 PS |
| Debtor. | **TRUSTEE'S NOTICE OF COMPLETED PLAN** |

Russell Brown, Chapter 13 Trustee, states that the Debtor has completed the financial and other requirements of the Plan. There appears to be no domestic support obligation in this case. A copy of this document was mailed to:

JONATHAN B WOODS
3930 E CODY AVE
GILBERT, AZ   85234
Debtors

V Barnard