Christina Harper, Esq., AZB #020485
Alex C. Schulz, Esq., AZB #028480
THE MORTGAGE LAW FIRM, PC
301 E. Bethany Home Road, #A-227
Phoenix, AZ 85012
Telephone: (623) 777-3828
Fax: (623) 201-4747
Christina.Harper@mtglawfirm.com
Alex.Schulz@mtglawfirm.com
Attorneys for Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP, by its attorney-in-fact Carrington Mortgage Services, LLC
TS #122901

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Johnathan B. Woods,<br><br>Debtor. | Case No. 2:12-bk-13564-PS<br>Chapter 13<br><br>**NOTICE OF APPEARANCE** |

Notice is hereby given that The Mortgage Law Firm, PC makes an appearance as the attorneys of record for Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP, by its attorney-in-fact Carrington Mortgage Services, LLC. Request is hereby made for the following information to be added to the master mailing list, and that all future notices which creditors are entitled to receive be mailed to said attorneys at the above captioned address.

DATED this 29th day of September, 2015.

    /s/ Christina Harper
Christina Harper, Esq.
Alex C. Schulz, Esq.
THE MORTGAGE LAW FIRM, PC
301 E. Bethany Home Road, #A-227
Phoenix, Arizona 85012

1

| | |
|---|---|
| 1 | ORIGINAL filed by ECF and |
| 2 | COPIES of the foregoing were mailed<br>this 29th day of September, 2015, to: |
| 3 | |
| 4 | Jonathan B. Woods<br>3930 E. Cody Ave |
| 5 | Gilbert, AZ  85234<br>*Debtor – Pro Se* |
| 6 | |
| 7 | Russell Brown<br>Chapter 13 Trustee |
| 8 | 3838 N. Central Ave Ste. 800 |
| 9 | Phoenix, AZ  85012<br>*Trustee* |
| 10 | |
| 11 | U.S. Trustee<br>Office of the U.S. Trustee |
| 12 | 230 N. First Avenue, Suite 204 |
| 13 | Phoenix, AZ 85003-1706 |
| 14 | |
| 15 | /s/       Janette Belmontes |