Christina Harper, Esq., AZB #020485
Alex Schulz, Esq., AZB #028480
THE MORTGAGE LAW FIRM, PC
301 E. Bethany Home Road, #A-227
Phoenix, AZ 85012
Telephone: (623) 777-3828
Fax: (623) 201-4747
Christina.Harper@mtglawfirm.com
Alex.Schulz@mtglawfirm.com
Attorneys for Movant
TS #122901

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Johnathan B. Woods,<br><br>Debtor. | Case No. 2:12-bk-13564-PS<br>Chapter 13<br><br>**MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP, by its attorney-in-fact Carrington Mortgage Services, LLC,<br><br>Movant,<br><br>v.<br><br>Johnathan B. Woods, Debtor; and Russell Brown, Trustee,<br><br>Respondents. | Re: Real Property Located at<br>3930 East Cody Avenue<br>Gilbert, AZ 85234 |

Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP, by its attorney-in-fact Carrington Mortgage Services, LLC, ("Movant"), moves this Court for an Order terminating the Automatic Stay so that Movant may commence eviction proceedings in the Maricopa County Superior Court

1

regarding the property commonly known as 3920 E. Cody Ave., Gilbert, AZ 85234 ("Property") and known by its legal description of:

> Lot 432, of Carol Rae Ranch, according to the Plat of Record in the Office of the County Recorder of Maricopa County, Arizona, Recorded in Book 395 of Maps, Page 24 and Affidavits of Correction Recorded as 95-345898, as 96-0353476 and as 96-0740382, all of official records.

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.   Statement of Facts**

1. On June 18, 2012, Debtor commenced the current Chapter 13 Bankruptcy proceeding in this Honorable Court.

2. On February 16, 2010, prior to the Debtor filing for bankruptcy protection, the Property proceeded to non-judicial foreclosure and was placed for trustee's sale by auction. At that time, BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP bid the loan amount and received title to the property by a Trustee's Deed Upon Sale ("Trustee's Deed"), which was signed on February 17, 2010, and recorded in the Maricopa County Recorder's Office on February 22, 2010, as Document No. 20100142541. See Exhibit A. Movant is listed as the owner to the Property according to the Maricopa County Assessor's Office. See Exhibit B.

3. BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP merged with and into Bank of America, N.A. See Exhibit C.

//

//

//

2

4. Bank of America, N.A. previously filed a Motion for Relief from the Automatic Stay and Notice of Motion for Relief from Stay at DE#46 and 44, respectively. This Motion was withdrawn at DE#71.

5. Bank of America, N.A., by it's attorney-in-fact Carrington Mortgage Services, LLC is proceeding again with this Motion.

6. Upon information and belief, Jonathan B. Woods, ("Debtor") resides in the Property.

## II. Argument

The trustee's sale of the property occurred prior to the Debtor's bankruptcy filing so no stay was in place at that time. As a result of the trustee's sale, the Property is no longer property of the Debtor or of the Estate. The Debtor continues to reside in the Property so Movant as the rightful owner of the Property seeks stay relief to exercise its state court remedies, which may include forcible entry and detainer proceedings so that it may obtain possession.

## III. Conclusion

WHEREFORE, Movant prays for judgment as follows:

1. For an Order granting relief from Automatic Stay, permitting Movant to exercise its state court remedies including eviction proceedings;

2. For an Order waiving the 14-day stay provided by Bankruptcy Rule 4001(a)(3);

3. For an Order binding and effective despite any conversion of this Bankruptcy proceeding; and,

//

//

3

4. For such other relief as this Court deems appropriate.

DATED this 29th day of September, 2015.

        /s/ Alex Schulz
Christina Harper, Esq.
Alex Schulz, Esq.
THE MORTGAGE LAW FIRM, PC
301 E. Bethany Home Road, #A-227
Phoenix, Arizona 85012
*Attorneys for Movant*

ORIGINAL filed by ECF and
COPIES of the foregoing were mailed
this 29th day of September, 2015, to:

Jonathan B. Woods
3930 E. Cody Ave
Gilbert, AZ  85234
*Debtor*

Russell Brown
Chapter 13 Trustee
3838 N. Central Ave Ste. 800
Phoenix, AZ  85012

U.S. Trustee
Office of the U.S. Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003-1706

/s/    Janette Belmontes