# EXHIBIT A

First American Title

RECORDING REQUESTED BY:
BAC Home Loans Servicing, LP
2380 Performance Dr, TX2-985-07-03
Richardson, TX 75082
WHEN RECORDED MAIL TO:
BAC Home Loans Servicing, LP
2380 Performance Dr, TX2-985-07-03
Richardson, TX 75082
TS No. 09-0162267
Title Order No. 4299761
APN No. 304-07-474-1

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
20100142541  02/22/2010  12:39
ELECTRONIC RECORDING

4299761E-3-1-1--
mcdevittr

## TRUSTEE'S DEED UPON SALE ARIZONA

The undersigned grantor declares:
The amount of the unpaid debt together with costs was $258,224.27.
The amount paid by the grantee at the trustee's sale was $258,204.27.
The documentary transfer tax is $_____ The Grantee was/was not the foreclosing beneficiary.

RECONTRUST COMPANY, N.A., as the duly appointed Trustee (or successor Trustee or substituted Trustee), under a Deed of Trust referred to below, and herein called Trustee, does hereby grant without covenant or warranty to:

BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP

the real property, situated in the County of Maricopa, State of Arizona describe as follows:

SEE ATTACHED LEGAL DESCRIPTION

This conveyance is made pursuant to the power of sale, conferred upon SUCCESSOR TRUSTEE by the Deed of Trust, dated 07/31/2008 made by JONATHAN B. WOODS AND KERRIE WOODS AKA KERRIE B. WOODS HUSBAND AND WIFE, AS COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP, as TRUSTOR(S), FIRST AMERICAN TITLE INS. CO. A CA CORP., as TRUSTEE, in which MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., is named as BENEFICIARY and recorded on 08/05/2008, as Instrument Number 20080681375, Book N/A, Page N/A, in the office of the county recorder of Maricopa, and after fulfillment by the SUCCESSOR TRUSTEE of the conditions specified in said Deed of Trust, and in compliance with the laws of the State of Arizona. Trustee or Successor Trustee having complied with all applicable statutory provisions and having performed all of the required duties under said Deed of Trust including posting, publishing, recordation of all necessary documents.
Said property was sold by the SUCCESSOR TRUSTEE at public auction on 02/16/2010, in the County of Maricopa in which said property is situated. Grantee, being the highest bidder at such sale, became the purchaser of said property and made payment therefore to said SUCCESSOR TRUSTEE of the amount bid, namely $258,204.27.

DATED: February 17, 2010

RECONTRUST COMPANY, N.A.

Successor Trustee

EXEMPT UNDER ARS 11-1134-B-1

By: _Kathy Newland_

~~KATHY NEWLAND~~ , ~~Team Member~~
Assistant Secretary

State of: _Texas_ )

County of: _Tarrant_ )

On _2/17/2010_ before me _Karin morris_ _____, personally appeared
~~KATHY NEWLAND~~, _Asst. Sec_ _____, know to me (or proved to me on the oath of
_____ or through _____ ) to be the person whose name is subscribed to the
foregoing instrument and acknowledged to me that he/she executed the same for the purposes and
consideration therein expressed.
WITNESS MY HAND AND OFFICIAL SEAL.

_Karin Morris_
_____
Notary Public's Signature

KARIN ANNE MORRIS
Notary Public, State of Texas
My Commission Expires
January 14, 2014

TS # 09-0162267
PUB# 1006.74221
LOAN TYPE: FHA

# "EXHIBIT A"
## LEGAL DESCRIPTION

LOT 432, OF CAROL RAE RANCH, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 395 OF MAPS, PAGE 24 AND AFFIDAVITS OF CORRECTION RECORDED AS 95-345898, AS 96-0353476 AND AS 96-0740382, ALL OF OFFICIAL RECORDS.

*Form legaldesc (07/01)*

# EXHIBIT B

# 304-07-474

## Parcel Type: Residential/Rental

BAC HOME LOANS SERVICING LP

3930 E CODY AVE GILBERT 85234

## Property Information

| | |
|---|---|
| MCR #: | 39524 |
| Address: | 3930 E CODY AVE GILBERT 85234 |
| Latitude/Longitude: | 33.36986746 \| -111.70640056 |
| Description: | CAROL RAE RANCH MCR 395-24 |
| Lot Size (Sq Ft): | 7135 |
| Zoning: | SF-7 |
| Section, Township, Range: | 2 1S 6E |
| Market Area/Neighborhood: | 01/005 |
| Subdivision: | CAROL RAE RANCH |
| Lot #: | 432 |
| High School District: | GILBERT UNIFIED #41 |
| Elementary School District: | GILBERT UNIFIED SCHOOL DISTRICT |
| Local Jurisdiction: | GILBERT |
| Owner: | BAC HOME LOANS SERVICING LP |
| Mailing Address: | 2380 PERFORMANCE DR , RICHARDSON, TX 75082 |
| Deed #: | 100142541 |
| Deed Date: | February 22, 2010 |
| Sale Date: | October 01, 1999 |
| Sale Price: | $196,000 |



Assessor full cash valuation over time

2016   2015   2014   2013   2012

## Valuation Data

| Tax Year: | 2016 | 2015 | 2014 | 2013 | 2012 |
|---|---|---|---|---|---|
| Full Cash Value: | $234,000 | $229,300 | $179,800 | $150,600 | $160,800 |
| Limited Property Value: | $182,640 | $173,943 | $165,660 | $150,600 | $160,800 |
| Legal Class: | 4 | 4 | 4 | 4 | 4 |
| Description: | NON-PRIMARY/NOT IN OTHER CLASSES RESID | NON-PRIMARY/NOT IN OTHER CLASSES RESID | NON-PRIMARY/NOT IN OTHER CLASSES RESID | NON-PRIMARY/NOT IN OTHER CLASSES RESID | NON-PRIMARY/NOT IN OTHER CLASSES RESID |
| Assessment Ratio: | 10% | 10% | 10% | 10% | 10% |
| Assessed FCV: | $0 | $0 | $17,980 | $15,060 | $16,080 |

Case 2:12-bk-13564-PS   Doc 79-1   Filed 09/29/15   Entered 09/29/15 15:17:48   Desc
Exhibit Exhibits combines     Page 6 of 10

| Assessed LPV: | $18,264 | $17,394 | $16,566 | $15,060 | $16,080 |
|---|---|---|---|---|---|
| Property Use Code: | 0131 | 0131 | 0131 | 0131 | 0131 |
| PU Description: | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence |
| Tax Area Code: | 410609 | 410609 | 410609 | 410609 | 410609 |

## Property Characteristics                              **Various characteristics about this property**

| Construction Year: | 1996 | Market Area/Neighborhood: | 01/005 |
|---|---|---|---|
| Pool: | Yes | | |
| Main Living Area: | 2,466 | | |
| Detached Living Area: | 0 | | |

## Improvement Characteristics

| Improvement Quality Grade: | Average (0) |
|---|---|

## External Property Characteristics

| Number of Patios: | 1 | Number Of Bath Fixtures: | 11 |
|---|---|---|---|
| Patio Type: | Covered | Number of Garage Stalls: | 3 |
| Exterior Wall Type: | Frame Wood | Number of Carport Stalls: | |
| Roof Type: | Concrete Tile | Number of Covered Patios: | 1 |
| | | Number of Uncovered Patios: | 0 |
| Other Structures: | None | | |

Notice: The values displayed on this page may not reflect constitutional or statutory adjustments.

## Property Sketches



**CAUTION! USERS SHOULD INDEPENDENTLY RESEARCH AND VERIFY INFORMATION ON THIS WEBSITE BEFORE RELYING ON IT.**

The Assessor's Office has compiled information on this website that it uses to identify, classify, and value real and personal property. Please contact the Maricopa County S.T.A.R. Center at (602) 506-3406 if you believe any information is incomplete, out of date, or incorrect so that appropriate corrections can be addressed. Please note that a statutory process is also available to correct errors pursuant to Arizona Revised Statutes 42-16254.

The Assessor does not guarantee that any information provided on this website is accurate, complete, or current. In many instances, the Assessor has gathered information from independent sources and made it available on this site, and the original information may have contained errors and omissions. Errors and omissions may also have occurred in the process of gathering, interpreting, and reporting the information. Information on the website is not updated in "real time". In addition, users are cautioned that the process used on this site to illustrate the boundaries of the adjacent parcels is not always consistent with the recorded documents for such parcels. The parcel boundaries depicted on this site are for illustrative purposes only, and the exact relationship of adjacent parcels should be independently researched and verified. The information provided on this site is not the equivalent of a title report or a real estate survey. Users should independently research, investigate and verify all information before relying on it or in the preparation of legal documents.

**By using this website, you acknowledge having read the above and waive any right you may have to claim against Maricopa County, its officers, employees, and contractors arising out of my reliance on or the use of the information provided on this website.**

# EXHIBIT C



| NIC Home | Institution Search | USBA Search | HCs > $10B |
|---|---|---|---|
| BHCPR Peer Reports | Other Reports | FAQ | |

**Institution History for** BAC HOME LOANS SERVICING, LP (3035311)

3 institution history record(s) found.                                        < Previous  Page  1 ∨  Next >

| Event Date | Historical Event |
|---|---|
| 2001-05-18 | COUNTRYWIDE HOME LOANS SERVICING LP located at PLANO, TX was established as a Domestic Entity Other. |
| 2009-04-27 | COUNTRYWIDE HOME LOANS SERVICING LP was **renamed** to BAC HOME LOANS SERVICING, LP. |
| 2011-07-01 | BAC HOME LOANS SERVICING, LP was **acquired** by BANK OF AMERICA, NATIONAL ASSOCIATION. |

NIC Home |   FAQ |  Help |  Contact Us