# UNITED STATES BANKRUPTCY COURT

# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | JONATHAN B WOODS | | |
| **Case Number:** | 2:12-BK-13564-PS | **Chapter:** | 13 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 22, 2015 11:30 AM   6TH FLOOR #601 | | |
| **Bankruptcy Judge:** | PAUL SALA | | |
| **Courtroom Clerk:** | LUANN BELLER | | |
| **Reporter / ECR:** | ANDAMO PURVIS | | |

## Matter:

DEBTOR'S REQUEST TO ENLARGE TIME FOR WRITTEN OBJECTIONS

**R / M #:** 81 / 85

## Appearances:

ALEX SCHULTZ, ATTORNEY FOR BANK OF AMERICA, N.A.

## Proceedings:

Mr. Schultz stated that he filed a response to the debtor's motion.

COURT: IT IS ORDERED DENYING DEBTOR'S REQUEST TO ENLARGE TIME FOR WRITTEN OBJECTIONS.

IT IS FURTHER ORDERED SETTING A PRELIMINARY HEARING ON BANK OF AMERICA'S STAY RELIEF MOTION ON NOVEMBER 3, 2015 AT 11:00 A.M. THE COURT EXPECTS TO RULE ON THE MOTION STAY RELIEF MOTION AT THE PRELIMINARY HEARING.

Copy to be mailed by the BNC to:

Jonathan Woods