# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0970–2 | User: bellerl | Date Created: 10/26/2015 |
| Case: 2:12–bk–13564–PS | Form ID: pdf008 | Total: 5 |

**Recipients of Notice of Electronic Filing:**
ust     U.S. TRUSTEE     USTPRegion14.PX.ECF@USDOJ.GOV
tr     RUSSELL BROWN
aty     ALEX C. SCHULZ     alex.schulz@mtglawfirm.com
aty     RUSSELL BROWN

                                                                  TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     JONATHAN B WOODS     3930 E CODY AVE     GILBERT, AZ 85234

                                                                  TOTAL: 1