# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan B. Woods,<br><br>        Debtor. | Case No. 2:12-bk-13564-PS<br>Chapter 13<br><br>**ORDER** |
| Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP, by its attorney-in-fact Carrington Mortgage Services, LLC,<br><br>        Movant,<br><br>v.<br><br>Jonathan B. Woods; and Russell Brown, Trustee,<br><br>        Respondents. | (Related to Docket # 79)<br><br>Re: Real Property Located at<br>3930 East Cody Avenue<br>Gilbert, AZ 85234 |

Upon consideration of Movant's Motion for Relief from the Automatic Stay, it appearing that the Motion, Notice and form of order were properly served upon the Debtor and Chapter 13 Trustee, and after considering the arguments of Movant and the Debtor at a

1

Preliminary Hearing on the Movant's Motion on November 3, 2015, at 11:00 A.M., and for the reasons the Court set forth on the record,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code § 362(a) are hereby vacated to permit Movant to exercise its State Court remedies, including eviction and forcible entry and detainer proceedings, with respect to that certain real property commonly known as 3930 E. Cody Ave., Gilbert, AZ 85234 ("Property") and known by its legal description of:

> Lot 432, of Carol Rae Ranch, according to the Plat of Record in the Office of the County Recorder of Maricopa County, Arizona, Recorded in Book 395 of Maps, Page 24 and Affidavits of Correction Recorded as 95-345898, as 96-0353476 and as 96-0740382, all of official records.

**IT IS FURTHER ORDERED** that this Order shall be binding in any conversion of the subject Bankruptcy proceeding.

**DATED AND SIGNED ABOVE.**