```
                          United States Bankruptcy Court
                                District of Arizona
```

In re:                                                          Case No. 12-13564-PS
JONATHAN B WOODS                                                Chapter 13
      Debtor            **CERTIFICATE OF NOTICE**

District/off: 0970-2        User: learys          Page 1 of 1           Date Rcvd: Nov 25, 2015
                            Form ID: pdf008       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 27, 2015.
db             +JONATHAN B WOODS,    3930 E CODY AVE,    GILBERT, AZ 85234-3004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2015                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 25, 2015 at the address(es) listed below:
              ALEX C. SCHULZ     on behalf of Creditor    Bank of America, N.A. as successor by merger to BAC Home
               Loans Servicing, LP FKA Countrywide Home Loans Servicing LP, but its attorney-in-fact-
               Carrington Mortgage Services, LLC alex.schulz@mtglawfirm.com,   janette.belmontes@mtglawfirm.com
              ANDREW HENRY PASTWICK    on behalf of Creditor     BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC
               HOME LOANS SERVICING LP, FKA COUNTRYWIDE HOME LOANS SERVICING LP apastwick@mileslegal.com
              CHRISTINA MARIE HARPER     on behalf of Creditor    Bank of America, N.A. as successor by merger to
               BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP, but its attorney-in-fact-
               Carrington Mortgage Services, LLC christina.harper@mtglawfirm.com,
               janette.belmontes@mtglawfirm.com
              JEREMY T. BERGSTROM     on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC
               HOME LOANS SERVICING LP, FKA COUNTRYWIDE HOME LOANS SERVICING LP jbergstrom@jbergstromlaw.com,
               mbardis@jbergstromlaw.com
              JEREMY T. BERGSTROM     on behalf of Creditor    BANK OF AMERICA, N.A...
               jbergstrom@jbergstromlaw.com,   mbardis@jbergstromlaw.com
              RICHARD HARRIS GOLDBERG     on behalf of Defendant    BANK OF AMERICA,N.A. as successor by merger to
               BAC HOME LOANS SERVICING ,LP, fka COUNTRYWIDE HOME LOANS SERVICING LP, rgoldberg@rcdmlaw.com,
               sacosta@rcdmlaw.com,docket@rcdmlaw.com
              RUSSELL   BROWN     ecfmailclient@ch13bk.com
              RUSSELL   BROWN     on behalf of Trustee RUSSELL   BROWN ecfmailclient@ch13bk.com
              STEVEN E STERN     on behalf of Creditor    BANK OF AMERICA, N.A... jbergstrom@mileslegal.com
              STEVEN E STERN     on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME
                LOANS SERVICING LP, FKA COUNTRYWIDE HOME LOANS SERVICING LP jbergstrom@mileslegal.com
              STEVEN E STERN     on behalf of Defendant    BANK OF AMERICA,N.A. as successor by merger to BAC HOME
                LOANS SERVICING ,LP, fka COUNTRYWIDE HOME LOANS SERVICING LP, jbergstrom@mileslegal.com
              U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                             TOTAL: 12
```

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

<u>MEMORANDUM</u>

TO:     Bankruptcy Appellate Panel of the Ninth Circuit
125 S. Grand Avenue
Pasadena, California 91105

FROM:     Division / District/Office No.:   0970-2 / Phoenix

DATE:     November 25, 2015

SUBJECT:     Transmittal

---

Case Name:   Jonathan B Woods

Bankruptcy No.:   2:12-BK-13564-PS

Adversary No.:   N/A

Bankruptcy Judge:   Judge Paul Sala

Date Notice of Appeal Filed:   11/19/2015

Date Motion for Leave to Appeal Filed:

Date of Entry of Order Appealed:     11/5/2015

Date Bankruptcy Filed:   6/18/2012

Date Notice of Appeal and Notice of Objection Period Mailed to Parties:   November 25, 2015

Appeal Fee Paid:   NO

Date of Transmittal:   November 25, 2015

George Prentice, Clerk of Court

By:   Sharon Ann Leary
        Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br>Jonathan B Woods<br><br>Debtor(s) | Chapter 13<br><br>Case No. 2:12-BK-13564-PS<br><br>Adv. N/A |
| Jonathan B Woods<br><br>Appellant(s)<br><br>v.<br><br>Bank of America,N.A.,as successor by merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP, by its attorney-in-fact Carrington Mortgage Services, LLC<br><br>Appellee(s) | **NOTICE OF FILING OF APPEAL AND NOTICE OF REFERRAL OF APPEAL TO THE BANKRUPTCY APPELLATE PANEL** |

    YOU ARE HEREBY NOTIFIED that a Notice of Appeal has been filed on 11/19/2015 with the Clerk of the U.S. Bankruptcy Court. By virtue of Orders of the Judicial Council of the Ninth Circuit, the above appeal has been referred to the United States Bankruptcy Appellate Panel of the Ninth Circuit (BAP).

    Any party desiring to object to such referral must do so in conformity with the foregoing orders and their provisions for reference to the BAP.

    Local rules for the BAP and a practice manual are located on their website at www.bap09.uscourts.gov.

    For further information, you may contact the Clerk of the Bankruptcy Appellate Panel at 125 S. Grand Avenue, Pasadena, California 91105, telephone (626) 229-7225.

    NOTICE IS GIVEN TO THE APPELLANT that the Appellant shall, within 14 days of the filing of the Notice of Appeal, (see above), file with the Clerk of the U.S. Bankruptcy Court, the following:

1. A designation of the items to be included in the record on appeal and serve a copy on all appellees;
2. A statement of the issues to be presented and serve a copy on all appellees; and
3. A request for any transcripts where the designation includes a transcript of any proceeding or a part thereof. The party requesting transcripts must follow the court's ordering procedures.

Dated: November 25, 2015

GEORGE PRENTICE, CLERK OF COURT

By: Sharon Ann Leary
    Deputy Clerk

Copies to be noticed by the BNC.

# United States Bankruptcy Court
# District of Arizona

## APPEALS - ORDERING AN OFFICIAL TRANSCRIPT

If you have filed an appeal and designated a transcript of a hearing as part of the record on appeal, you will need to follow the steps below to obtain an official transcript:

1. Determine the date of the hearing.

2. Determine whether you need a transcript of the entire hearing or only a portion.

3. Determine if the transcript is already on file by reviewing the case docket or you may call the court for assistance.

4. Ordering a transcript requires an advanced deposit. The deposit and price for the transcript will vary as it depends upon the estimated length of the hearing and turn-around time requested.

5. To order a transcript, please contact the ECR Operator Team who will advise you of the procedures for ordering a transcript and for making payment.

6. The court uses an independent transcription company to prepare official transcripts.

7. At the time the transcription company provides you with a transcript, a copy is filed with the court; therefore, it is not necessary for you to file a copy.

8. Reminder: If you have designated a transcript of a court proceeding in your appeal documents, it is your responsibility to order it from the Bankruptcy Court ECR Operator Team. The order should be placed at the time you file the Statement of Issues and Designation of Record.

Contact Information:

| | |
|---|---|
| ECR Operator Team – Phoenix, Prescott, Flagstaff, Bullhead City | 602-682-4200 |
| ECR Operator Team – Tucson | 520-202-7556 |
| ECR Operator Team – Yuma | 928-783-2288 |

Jonathan B. Woods, Debtor *pro se*
3930 East Cody Avenue, Gilbert, AZ 85234
(480) 232-0076

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| In re: JONATHAN B. WOODS,<br>Debtor, | In Proceedings under Chapter 13 |
| "BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP, BY ITS ATTORNEY-IN-FACT CARRINGTON MORTGAGE SERVICES, LLC,"<br>"Movant,"<br>v.<br>JONATHAN B. WOODS, Debtor;<br>Russell Brown, Chapter 13 Trustee,<br>Respondents. | Case No.: 2:12-bk-13564-SSC<br><br>PLAINTIFF'S NOTICE OF APPEAL - 28 U.S.C.A. § 158(a) |

I appeal this court's "ORDER."[1]

This appeal is pursuant to 28 U.S.C.A. § 158(a) and timely if it is filed and served no later than the 14th day from the Order's entry on November 5, 2015, as shown by the docket.[2]

To the best of my knowledge and belief, all other parties to the this Order, to whom I have mailed a true copy of this Notice, are:[3]

---

1 *See* docket #97
2 *See* FRBP 8002(a)
3 *See* FRBP 8001(a)

Page 1 - NOTICE OF APPEAL

U.S. Trustee:

>OFFICE OF THE U.S. TRUSTEE
>230 NORTH FIRST AVENUE, SUITE 204
>PHOENIX, AZ 85003

"Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP, by its attorney-in-fact Carrington Mortgage Services, LLC," represented by:

>THE MORTGAGE LAW FIRM, PC
>301 E. Bethany Home Road, #A-227
>Phoenix, AZ 85012

I also expressly invoke FRBP 1001 to apply to this and all my written submissions to this court.

*Submitted with all rights reserved on November 19, 2015*

*[signature]*

Jonathan B. Woods, Debtor *pro se*

Page 2 - NOTICE OF APPEAL

ORDERED.

Dated: November 4, 2015

Paul Sala, Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan B. Woods,<br><br>        Debtor.<br><br>Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP, by its attorney-in-fact Carrington Mortgage Services, LLC,<br><br>        Movant,<br><br>v.<br><br>Jonathan B. Woods; and Russell Brown, Trustee,<br><br>        Respondents. | Case No. 2:12-bk-13564-PS<br>Chapter 13<br><br>**ORDER**<br><br>(Related to Docket # 79)<br><br>Re: Real Property Located at 3930 East Cody Avenue Gilbert, AZ 85234 |

Upon consideration of Movant's Motion for Relief from the Automatic Stay, it appearing that the Motion, Notice and form of order were properly served upon the Debtor and Chapter 13 Trustee, and after considering the arguments of Movant and the Debtor at a

1

Case 2:12-bk-13564-PS Doc 109 Filed 11/25/15 Entered 11/27/15 23:19:50 Desc
Imaged Certificate of Notice Page 7 of 11

Preliminary Hearing on the Movant's Motion on November 3, 2015, at 11:00 A.M., and for the reasons the Court set forth on the record,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code § 362(a) are hereby vacated to permit Movant to exercise its State Court remedies, including eviction and forcible entry and detainer proceedings, with respect to that certain real property commonly known as 3930 E. Cody Ave., Gilbert, AZ 85234 ("Property") and known by its legal description of:

> Lot 432, of Carol Rae Ranch, according to the Plat of Record in the Office of the County Recorder of Maricopa County, Arizona, Recorded in Book 395 of Maps, Page 24 and Affidavits of Correction Recorded as 95-345898, as 96-0353476 and as 96-0740382, all of official records.

**IT IS FURTHER ORDERED** that this Order shall be binding in any conversion of the subject Bankruptcy proceeding.

**DATED AND SIGNED ABOVE.**

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0970−2 | User: vargasr | Date Created: 11/5/2015 |
| Case: 2:12−bk−13564−PS | Form ID: pdf004 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
tr      RUSSELL BROWN
aty      CHRISTINA MARIE HARPER      christina.harper@mtglawfirm.com
aty      RUSSELL BROWN

                         TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      JONATHAN B WOODS      3930 E CODY AVE      GILBERT, AZ 85234

                         TOTAL: 1

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 2:12−bk−13564−PS

JONATHAN B WOODS  Chapter: 13
3930 E CODY AVE
GILBERT, AZ 85234
**SSAN:** xxx−xx−8133
**EIN:**

Debtor(s)

## NOTICE OF ENTRY OF JUDGMENT OR ORDER

You are hereby notified that on November 5, 2015, this Court entered the enclosed judgment or order on the docket for the above−entitled proceeding.

I hereby certify that on this date a copy of this notice and the judgment or order were sent to the Bankruptcy Noticing Center for mailing to the parties and the U.S. Trustee.

**Date: November 5, 2015**

**Address of the Bankruptcy Clerk's Office:**  Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101  **George Prentice**
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0970−2 | User: vargasr | Date Created: 11/5/2015 |
| Case: 2:12−bk−13564−PS | Form ID: ntcntry | Total: 4 |

**Recipients of Notice of Electronic Filing:**
tr      RUSSELL BROWN
aty     CHRISTINA MARIE HARPER     christina.harper@mtglawfirm.com
aty     RUSSELL BROWN

                                               TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      JONATHAN B WOODS     3930 E CODY AVE     GILBERT, AZ 85234

                                               TOTAL: 1