FILED

MAR 03 2016

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

UNITED STATES BANKRUPTCY APPELLATE PANEL

OF THE NINTH CIRCUIT

| | | |
|---|---|---|
| In re: | ) | BAP No.   AZ-15-1404 |
| | ) | |
| JONATHAN B. WOODS, | ) | Bk. No.   2:12-bk-13564-PS |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| JONATHAN B. WOODS, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | ORDER DISMISSING APPEAL |
| | ) | |
| BANK OF AMERICA, N.A.; UNITED | ) | |
| STATES TRUSTEE, | ) | |
| | ) | |
| Appellees. | ) | |
| _____ | ) | |

Before: JURY, TAYLOR and KURTZ, Bankruptcy Judges.

Appellant did not respond to the Panel's Order directing him to explain why this appeal should not be dismissed as moot due to the termination of the automatic stay by operation of law. See 11 U.S.C. § 362(c).

For the reasons stated in the Panel's Order entered January 22, 2016, this appeal is hereby ORDERED DISMISSED as MOOT.



BANKRUPTCY APPELLATE PANEL
OF THE NINTH CIRCUIT
A True Copy
Attest:

Susan M. Spraul, Clerk
by Deputy Clerk